1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
9                        AT SEATTLE

10                                              Master Dkt. No. 2:10-CV-00414-MJP
    In re CELL THERAPEUTICS, INC.
11  CLASS ACTION LITIGATION                     MINUTE ORDER
12
13
14  This Document Relates to All Actions
15
16     The following Minute Order is made by direction of the Court, the Honorable Marsha J.
17  Pechman, United States District Judge:
18     The Court has received and reviewed the Stipulation and [Proposed] Order Concerning
19  Plaintiffs' Motion for Class Certification.  The Court is not prepared to grant or deny the request
20  until some preliminary questions are answered:
21         1.  What is the significance of <u>Erica P. John Fund v. Halliburton Co.</u>, No. 09-1403,
22             before the United States Supreme Court, to this litigation?
23
24

MINUTE ORDER- 1

2. What is the status of the <u>Fund</u> matter and when might a ruling reasonably be expected?

3. How do the parties propose to dispose of all pretrial motions and prepare for a June 25, 2012 trial in this matter if the motion for class certification is not <u>filed</u> until February 15, 2012?

The Court suggests that the parties prepare a joint statement addressing this issue and submit it to the Court by no later than **April 22, 2011**.

The clerk is ordered to provide copies of this order to all counsel.

Filed this _14th_ day of April, 2011.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Mary Duett<br>
Deputy Clerk

MINUTE ORDER- 2