THE HONORABLE MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| In re CELL THERAPEUTICS, INC. CLASS ACTION LITIGATION | Master Docket No. C10-414 MJP<br><br>(consolidated with Nos. C10-480 MJP and C10-559MJP)<br><br>**STIPULATION AND ORDER CONCERNING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| This Document Relates To: All Actions | |

## STIPULATION

WHEREAS, the Order Setting Trial Date & Related Dates, entered by the Court on March 30, 2011, does not address the filing of Plaintiffs' motion for class certification;

WHEREAS, the parties previously agreed in their Joint Status Report & Discovery Plan, filed on March 21, 2011, that due to the pendency of the case *Erica P. John Fund v. Halliburton Co.*, No. 09-1403, before the United States Supreme Court, Plaintiffs should file their class certification motion no later than February 15, 2012;

STIPULATION AND ORDER       - 1 -
No. 2:10-cv-00414-MJP

WHEREAS, the parties further agree that Plaintiffs should not file their class certification motion until after the completion of expert discovery;

WHEREAS, pursuant to Local Rule 23(i)(3), the parties believe, based on the foregoing, that good cause exists to grant Plaintiffs relief from Local Rule 23(i)(3); and

WHEREAS, the parties therefore agree that Plaintiffs have until February 15, 2012 to file their class certification motion.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

The parties believe there is good cause to grant Plaintiffs relief from Local Rule 23(i)(3) to file their motion for class certification on or before February 15, 2012.

Dated:  April 13, 2011

      **ZWERLING, SCHACHTER
      & ZWERLING, LLP**

By: _____s/ Dan Drachler_____
Dan Drachler (WSBA #27728)
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Telephone:  (206) 223-2053
Facsimile:   (206) 343-9636
E-mail:  ddrachler@zsz.com

*Counsel for the CTIC Investor Group
and Liaison Counsel for the Class*

**BROWER PIVEN**
  A Professional Corporation
David A.P. Brower
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone:  (212) 501-9000
Facsimile:   (212) 501-0300

*Counsel for the CTIC Investor Group
and Lead Counsel for the Class*

By: _____s/ Barry Kaplan_____
Barry M. Kaplan, WSBA #8661
WILSON SONSINI GOODRICH & ROSATI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Professional Corporation
701 Fifth Ave
Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Email: bkaplan@wsgr.com

*Attorneys for Defendants*

STIPULATION AND ORDER      - 3 -
No. 2:10-cv-00414-MJP

# ORDER

**PURSUANT TO STIPULATION, THE COURT ORDERS:**

Given the pendency of the case *Erica P. John Fund v. Halliburton Co.*, No. 09-1403, before the Supreme Court and the date of completion of expert discovery, there exists good cause to grant Plaintiffs relief from Local Rule 23(i)(3). Plaintiffs shall file their motion for class certification on or before February 15, 2012.

Dated:  ___May 2, 2011_____

_____
Marsha J. Pechman
United States District Judge

Presented by:

/s/ Dan Drachler
Dan Drachler, WSBA #27728
ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel:  (206) 223-2053
Fax:  (206) 343-9636
Email:  ddrachler@zsz.com

*Counsel for the CTIC Investor Group
and Liaison Counsel for the Class*