UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re CELL THERAPEUTICS, INC.<br><br>CLASS ACTION LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates to All Actions | MASTER DOCKET NO. C10-414MJP<br><br>ORDER ON STIPULATION RE:<br>EXTENSION OF DEADLINES |

The Court, having received and reviewed the Stipulated Motion and [Proposed] Order for Extension of Deadlines (Dkt. No. 94), enters the following ruling:

IT IS ORDERED that the motion is DENIED.

The Court notes that there are no deadlines which require adjustment between now and the settlement conference date of October 26. Negotiation schedules do not trump trial schedules; rather, the opposite is true. Case schedules are established with the understanding that counsel will always keep costs in mind and may decide to negotiate at any time.

The Court must set hundreds of schedules and accommodate hundreds of litigants. Once a date for trial has been selected, it is only moved for good cause. Failing to negotiate prior to making the expenditures necessary for discovery is not good cause.

The clerk is ordered to provide copies of this order to all counsel.

Dated this _6th_ day of October, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge