UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYRIL SABBAGH, <br><br> Plaintiff, <br><br> v. <br><br> CELL THERAPEUTICS INC, <br><br> Defendant. | CASE NO. C10-414 MJP <br><br> ORDER DENYING ATTORNEYS FEES AND REIMBURSEMENT FOR OBJECTORS |

THIS MATTER comes before the Court on the Motion for Attorneys Fees by Objector Daniel M. Delluomo (Delluomo) and the Motion for Attorneys Fees and Reimbursement of Expenses by Objectors Preston Atamanczyk, Jeffery Goldstein (Goldstein). (Dkts. No. 127, 132.) The Court DENIES both motions.

Analysis

*1. Delluomo Motion*

Class member Delluomo is an attorney who represented himself as a registered pro se objector. (Dkt. No. 132.) Attorneys cannot collect fees or costs for representing themselves. *See*

Kay v. Ehrler, 499 U.S. 423 (1991). The 9th Circuit makes clear there is "… a general rule that pro se litigants, attorneys or not, cannot recover attorneys' fees." Elwood v. Drescher, 456 F.3d 943, 947 (2006). Delluomo represented himself, so his claim must be DENIED.

*2. Goldstein Motion*

Attorneys Goldstein and Atamanczyk claim to have been instrumental in reducing class counsel's requested 30% fee to a 23% fee, saving 1.33 million for the benefit of the class. (Dkt. No. 127 at 1.) The Court does not agree that attorneys' arguments impacted the reduction of counsel fees. The Court was well aware of the case law cited and arguments made and results achieved. The 9th Circuit only awards attorneys' fees for objectors when their arguments further the analysis. Goldstein and Atamanczyk are not entitled to fees or reimbursement. Wininger v. SI Mgmt., L.P., 301 F.3d 1115, 1125-26 (2002).

Conclusion

Because neither motion presents a viable claim to attorneys' fees or reimbursement, both motions are DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 30th day of October, 2012.

Marsha J. Pechman
Chief United States District Judge